1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  Shaamini A. Babu, Esq. (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
8  PENSION TRUST FUNDS, et al.

9

10

11              UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13
   BAY AREA PAINTERS AND TAPERS           Case No.: C08-4017 WHA
14 PENSION TRUST FUNDS, et al.,
                                          **PROOF OF SERVICE OF SUMMONS**
15         Plaintiffs,
   v.
16
   FRANK WILLIAM MITCHELL, individually
17 and dba MITCHELL CONSTRUCTION
   DRYWALL METAL STUDS and dba
18 MITCHELL CONSTRUCTION,

19         Defendant.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-1-
**PROOF OF SERVICE OF SUMMONS**
**Case No.: C08-4017 WHA**

| ATTORNEY NAME<br>Muriel B. Kaplan, Esq. (SBN 124607)<br>Michelle R. Stafford, Esq. (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street, Suite 2110<br>SAN FRANCISCO, CA 94104<br><br>ATTORNEY FOR: **Plaintiffs** | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| SHORT NAME OF CASE<br>Painters v. Mitchell Construction | |

| **PROOF OF SERVICE – Summons** | | COURT CASE NUMBER:<br>C08-4017 WHA |
|---|---|---|

I, Michael Rabdau, declare:
I am a registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates therein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

**I personally delivered copies of [SEE ATTACHED LIST OF DOCUMENTS] to:**

Frank William Mitchell, individually and
dba Mitchell Construction Drywall Metal Studs and
dba Mitchell Construction
310 Rancho Murieta Drive
Vacaville, California 95687

**Date of Service:** August 26th, 2008
**Time of Service:** 5:05 pm

**Manner of Service:** Personal Service to Frank William Mitchell, Owner.

---

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on August 27th 2008 at San Francisco, California.

**Godspeed Courier Services Inc**
2130 Folsom St.
San Francisco, CA 94110
(415) 821 1000

Signature: _/s/ Michael Rabdau_
Name: Michael Rabdau
Title: RPS, San Francisco #1058

## PROOF OF SERVICE

**Bay Area Painters and Tapers Pension Trust Funds, et al.
v. Frank William Mitchell, et al.**
*USDC Case No.: C08-4017 WHA*

LIST OF DOCUMENTS SERVED:

1) SUMMONS;

2) COMPLAINT;

3) DISPUTE RESOLUTION PROCEDURES in the NORTHERN DISTRICT of CALIFORNIA;

4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

5) STANDING ORDERS;

6) INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL;

7) NOTICE OF AVIALABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;

8) ECF REGISTRATION INFORMATION HANDOUT;

9) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO.