IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS PENSION TRUST FUNDS, DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE FUND DISTRICT COUNCIL 16 NORTHERN CALIFORNIA APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; THE JOINT BOARDS OF TRUSTEES, LES PROTEAU, CHARLES DEL MONTE, and DOUG CHRISTOPHER, as Trustees, and DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,

Plaintiffs,

v.

FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS and dba MITCHELL CONSTRUCTION,

Defendants.
/

No. C 08-04017 WHA

**ORDER DENYING REQUEST FOR ENTRY OF DEFAULT JUDGMENT WITHOUT A HEARING OR TELEPHONE APPEARANCE AND DENYING REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

Plaintiffs' request for entry of default judgment without a hearing or alternatively for telephonic appearance on **DECEMBER 4, 2008** is **DENIED**. Plaintiffs' request to vacate the case management conference scheduled for **DECEMBER 4, 2008** is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE